Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL BAGGS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MATCO TOOLS CORPORATION, and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 5:23-cv-00852-SSS-SPx<br><br>**NOTICE OF SETTLEMENT AS TO MATCO TOOLS CORPORATION** |

Notice of Settlement - 1

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that he has reached a settlement as to Plaintiff's claims against Defendant Matco Tools Corporation. Plaintiff and Matco Tools Corporation anticipate they will be able to submit a Stipulation of Dismissal with Prejudice within 60 days.

Dated: October 16, 2023         **Law Offices of Todd M. Friedman, P.C.**

                            By:   /s/ Todd M. Friedman, Esq.
                                   Todd M. Friedman
                                   Attorneys for Plaintiff

Filed electronically on this 17th Day of October, 2023, with: United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Sunshine S. Sykes
United States District Court
Central District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 17th Day of October, 2023

_____
/s/ Todd M. Friedman, Esq.