UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:23-cv-00852-SSS-SPx | Date | March 13, 2024 |
|---|---|---|---|
| Title | *Nathaniel Baggs v. Matco Tools Corp., et al.* | | |

Present: The Honorable     SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

On October 17, 2023, Plaintiff Nathaniel Baggs filed a Notice of Settlement as to Matco Tools Corporation.  [Dkt. 18].  On October 23, 2023, the Court directed Baggs to "provide information sufficient for the Court to determine whether dismissal of the case is collusive or prejudicial to the putative class and whether notice to all members of the putative class is required. The information should also include the terms, form, and value of any settlement or consideration being paid for the dismissal, and a fully executed copy of any settlement agreement." [Dkt. 19 at 3].  That information was due December 18, 2023.  [*Id.*].  On that day, Plaintiff did not submit the required information but instead filed a Report of Status of Settlement, asking this Court to clarify whether the settlement terms should be filed under seal.  [Dkt. 20 at 2–3].  On January 4, 2024, the Court provided that clarification.  [Dkt. 21].

Over two months have passed and Baggs still has not provided the information he was ordered to provide.  There is no evidence the parties consummated the terms of the settlement.  And there is no indication that Baggs intends to litigate this case further.  Accordingly, Baggs is **ORDERED TO SHOW CAUSE** in writing why this case should not be dismissed for failure to prosecute.  Baggs' counsel is also **ORDERED TO SHOW CAUSE** in writing

why they should not be sanctioned $250.00 for failing to comply with the October 23 order.  Baggs and his counsel's written response is due **March 22, 2024**.  A hearing on these matters is set for **March 29, 2024, at 1:00 p.m**., via Zoom video conference.

        **IT IS SO ORDERED.**