JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL BAGGS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MATCO TOOLS CORPORATION, and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 5:23-cv-00852-SSS-SPx<br>Assigned to Judge Sunshine S. Sykes<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**<br><br>Complaint filed: None Set |

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

On April 3, 2024, pursuant to Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Nathaniel Baggs ("Plaintiff") and Defendant Matco Tools Corporation ("Defendant") filed a joint stipulation for dismissal, addressing the factors outlined *Diaz v. Tr. Territory of Pac. Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989) (*Diaz*)..

The Court, having considered the parties' Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses this action with prejudice as to the named Plaintiff and without prejudice as to the putative class. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: April 4, 2024           By: _____
                                    Hon. Sunshine Suzanne Sykes
                                    United State District Judge